FILED

SEP 1 6 2014

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

TRESSIE MONTENE DUFFY, M.D.
AMANDA CLARK
and TRACIE COLBERT,

           Defendants.

Criminal No. _3:14cr49_

Violations:  18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Introduction

At all times relevant hereto,

1. **TRESSIE MONTENE DUFFY, M.D.** is a physician licensed to practice medicine in the State of West Virginia.

2. She is issued DEA registration number BD6521985.

3. This registration allows her to prescribe Schedule II controlled substances, including Schedule II narcotic controlled substances within the course of her professional practice.

4. **TRESSIE MONTENE DUFFY, M.D.** engaged in the practice of medicine under the business name, "West Virginia Weight and Wellness, Inc. (WVW&W).

5. **AMANDA CLARK** is an employee of WVW&W employed as an office assistant.

1

6.  In that role, her responsibilities included maintaining and completing the pre-signed blank prescription orders left by **TRESSIE MONTENE DUFFY, M.D.** for use in her absence.

7.  **TRACIE COLBERT** is employed by AIT Laboratories to obtain laboratory samples of blood and urine from patients at WVW&W.

8.  In addition to obtaining laboratory samples, she also determined which patients of WVW&W received prescriptions for narcotics when **TRESSIE MONTENE DUFFY, M.D.** was absent.

9.  **TRESSIE MONTENE DUFFY, M.D.** signed blank prescription orders and made these signed prescriptions available to WVW&W for issuance to patients at WVW&W during periods when **TRESSIE MONTENE DUFFY, M.D.** was absent from the practice.

10. In this manner, **TRESSIE MONTENE DUFFY, M.D.** issued 157 prescriptions for controlled substances to 96 patients outside the course of her professional practice.

Conspiracy

Beginning on or about the 1st day of April, 2010 and continuing to on or about the 20th day of February, 2012 in Berkeley County, within the Northern District of West Virginia and elsewhere, the defendants, **TRESSIE MONTENE DUFFY, M.D, AMANDA CLARK, AND TRACIE COLBERT**, knowingly, intentionally and without authority combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury to commit the following offenses against the United States:  to dispense outside the course of professional practice Oxycodone, a Schedule II narcotic drug controlled substance, Oxymorphone, a Schedule

II narcotic drug controlled substance, Methadone, a Schedule II narcotic drug controlled substance, and Methylphenidate, hcl, a Schedule II drug controlled substance, all as defined in Title 21, Code of Federal Regulations, Section 1308.12, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

11. In furtherance of the conspiracy and to effect and accomplish the objects of it, **TRESSIE MONTENE DUFFY, M.D.** committed, among others, the following overt acts in the Northern District of West Virginia, and elsewhere.

   a. On or about the 18th day of April, 2010, **TRESSIE MONTENE DUFFY, M.D.** signed 11 blank prescription orders for use by WVW&W during the period April 19 – April 20, 2010, when she was recovering from surgery and unable to attend her medical practice.

   b. On or about the 8th day of August, 2010, **TRESSIE MONTENE DUFFY, M.D.** signed 45 blank prescription orders for use by WVW&W during the period August 9 -August 14, 2010, when she was attending a medical dental seminar in Myrtle Beach, South Carolina and unable to attend her medical practice.

   c. On or about the 1st day of December, 2010, **TRESSIE MONTENE DUFFY, M.D.** signed 19 blank prescription orders for use by WVW&W during the period December 2- December 3, 2010, when she was attending meetings of the American Academy of Addiction Psychiatry in Boca Raton, Florida and unable to attend her medical practice.

d. On or about the 16th day of April, 2011, **TRESSIE MONTENE DUFFY, M.D.** signed 10 blank prescription orders for use by WVW&W during the period of April 16 – April 18, 2011 when she was in Washington, D.C. and unable to attend her medical practice.

e. On or about the 6th day of September, 2011, **TRESSIE MONTENE DUFFY, M.D.** signed 47 blank prescription orders for use by WVW&W when she was attending a medical conference in Las Vegas, Nevada and unable to attend her medical practice.

f. On or about the 1st day of December, 2011, **TRESSIE MONTENE DUFFY, M.D.** signed 6 blank prescription orders for use by WVW&W during the period December 1 – December 4, 2011 when she was in Washington, D.C. and unable to attend her medical practice.

g. On or about the 15th day of February, 2012, **TRESSIE MONTENE DUFFY, M.D.** signed 19 blank prescription orders for use by WVW&W during the period February 17 – February 20, 2012 when she was in Breckenridge, Colorado and unable to attend to her medical practice.

h. And other overt acts.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

(Distribution of Oxycodone)

On or about the 19th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to E.U., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 3

(Distribution of Oxycodone)

On or about the 19th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to M.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 4

(Distribution of Methadone)

On or about the 19th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methadone, a Schedule II narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule II(b)(11), to M.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 5</u>

(Distribution of Oxycodone)

On or about the 20th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to E.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 6

(Distribution of Oxycodone)

On or about the 20th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 7

(Distribution of Oxycodone)

On or about the 20th day of April, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 8

(Distribution of Oxycodone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 9

(Distribution of Oxycodone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 10

(Distribution of Methadone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methadone, a Schedule II narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule II(b)(11), to L.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 11

(Distribution of Methadone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methadone, a Schedule II narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule II(b)(11), to V.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 12</u>

(Distribution of Methylphenidate HCL)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methylphenidate, hcl, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(d)(4), to D.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 13

(Distribution of Oxycodone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to K.G., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 14

(Distribution of Oxycodone)

On or about the 9th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants. **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 15

(Distribution of Oxycodone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 16

(Distribution of Oxymorphone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to B.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 17

(Distribution of Oxycodone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to B.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 18</u>

(Distribution of Oxymorphone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to D.G., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 19

(Distribution of Oxycodone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.G., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 20

(Distribution of Oxycodone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to K.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 21

(Distribution of Oxymorphone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to G.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 22</u>

(Distribution of Oxycodone)

On or about the 10th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to G.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 23

(Distribution of Oxycodone)

On or about the 12th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to W.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 24

(Distribution of Oxycodone)

On or about the 12th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 25

(Distribution of Oxycodone)

On or about the 12th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.O., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 26</u>

(Distribution of Oxycodone)

On or about the 14th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 27</u>

(Distribution of Oxymorphone (Opana))

On or about the 14th day of August, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone (Opana), a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to C.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 28

(Distribution of Oxycodone)

On or about the 2nd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.D., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 29</u>

(Distribution of Oxycodone)

On or about the 2nd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to M.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 30

(Distribution of Oxymorphone)

On or about the 2nd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.**, **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to M.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 31

(Distribution of Oxycodone)

On or about the 2nd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 32</u>

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.N., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 33</u>

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to P.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 34

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 35

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.N., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 36

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFEY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 37

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to G.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 38

(Distribution of Oxycodone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to S.L., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 39

(Distribution of Methadone)

On or about the 3rd day of December, 2010, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methadone, a Schedule II narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule II(b)(11), to P.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 40

(Distribution of Oxymorphone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to R.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 41

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 42

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii),to K.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 43

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.K. (1), a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 44

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to L.D., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 45

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to B.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 46

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to M.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 47

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 48

(Distribution of Oxycodone)

On or about the 18th day of April, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 49

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to A.A., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 50

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to G.W., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 51</u>

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to F.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 52

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 53

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFEY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 54

(Distribution of Oxycodone)

On or about the 7th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.K. (2), a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 55</u>

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to N.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 56

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFEY, M.D.**, **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to T.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 57

(Distribution of Oxycontin)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycontin, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 58

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 59

(Distribution of Oxymorphone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), P.P., to a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 60

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to P.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 61

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.K., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 62

(Distribution of Methylphenidate hcl)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methylphenidate hcl, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(d)(4), to C.T., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 63

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to A.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 64

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to B.R., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 65

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to W.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 66

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.K. (2), a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 67

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to K.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 68

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to F.F., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 69

(Distribution of Oxycodone)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to W.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 70

(Distribution of Methylphenidate hcl)

On or about the 8th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methylphenidate hcl, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(d)(4), to K.R., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 71

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to P.W., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 72

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 73

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to H.K., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 74

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia defendants **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii),, to B.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 75

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to S.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 76

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.O., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 77</u>

(Distribution of Oxymorphone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to D.R., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 78

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.V., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 79

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to M.A., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 80

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 81

(Distribution of Oxymorphone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 82

(Distribution of Oxymorphone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the state's Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to M.R., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 83

(Distribution of Oxycontin)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycontin, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 84

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to D.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 85

(Distribution of Oxycodone)

On or about the 9th day of September, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D.**, **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.O., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 86

(Distribution of Oxycodone)

On or about the 2nd day of December, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.O., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 87

(Distribution of Oxycodone)

On or about the 2nd day of December, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to N.B., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 88

(Distribution of Oxymorphone)

On or about the 2nd day of December, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 89

(Distribution of Oxycodone)

On or about the 2nd day of December, 2011, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to J.P., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 90

(Distribution of Oxycodone)

On or about the 17th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to C.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 91

(Distribution of Oxycodone)

On or about the 17th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.D., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 92

(Distribution of Oxycodone)

On or about the 17th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to T.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 93

(Distribution of Oxymorphone)

On or about the 17th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxymorphone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiv), to T.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 94

(Distribution of Oxycodone)

On or about the 17th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.**, **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.H., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 95

(Distribution of Oxycodone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to P.C., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 96

(Distribution of Oxycodone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii),  to R.G., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 97</u>

(Distribution of Oxycodone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to M.M., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 98

(Distribution of Oxycodone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D.,** **AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to R.G., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 99

(Distribution of Oxycodone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Oxycodone, a Schedule II narcotic drug-controlled substance as defined in Title 21, Code of Federal Regulations, Section 1308.12(b)(1)(xiii), to A.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 100</u>

(Distribution of Methadone)

On or about the 20th day of February, 2012, in Berkeley County, West Virginia, within the Northern District of West Virginia, defendants, **TRESSIE MONTENE DUFFY, M.D., AMANDA CLARK, and TRACIE COLBERT,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority dispense and distribute outside the course of professional practice, a quantity of Methadone, a Schedule II narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule II(b)(11), to J.S., a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841(a)(1), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including a money judgment in the amount of at least $30,000.00.

A true bill,


/s/_____
Grand Jury Foreperson
(Signature on File)


_____/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney